UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL FRANK MORENO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No.: 21-cv-1069-WQH-AGS<br><br>**ORDER** |

HAYES, Judge:

Upon consideration of the parties' Joint Motion to Take Pending Motion to Dismiss off Calendar and Set Response Date to Complaint (ECF No. 7), and good cause appearing,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss (ECF No. 5) is denied as moot, without prejudice to Defendant to later file a motion to dismiss pursuant to Rule 12 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the deadline for Defendant to respond to Plaintiff's Complaint shall be January 14, 2022.

Dated: October 26, 2021

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court